UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ROSCOE WILLIAM FIELDS, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:06-mc-19 |
| | ) | Judge Curtis L. Collier |
| JAMES H. JARVIS, Senior United States | ) | |
| District Judge; | ) | |
| | ) | |
|     *Defendant.* | ) | |

## ORDER OF DEFICIENCY

The court is in receipt of a letter that appears to be a *pro se* request from Roscoe William Fields for mandamus pursuant to 28 U.S.C. § 1361, which the Clerk opened as a miscellaneous matter. Mr. Fields must tender the full filing fee of $250.00 or file a legible and complete application to proceed *in forma pauperis*[1] in order to proceed with his request for mandamus. If Mr. Fields chooses to fill out an *in forma pauperis* application, he also is required to file an affidavit listing all of his assets so the Court may determine his current ability to pay the filing fee. *See* 28 U.S.C. § 1915(a)(1); *McGore v. Wrigglesworth,* 114 F.3d 601, 608 (6th Cir. 1997).

The Clerk is **DIRECTED** to send a non-prisoner *in forma pauperis* application and a copy of this order by certified mail to Mr. Fields. Mr. Fields shall have thirty (30) days from the date of this order to pay the full filing fee or to complete the *in forma pauperis* application and submit the necessary documents. Mr. Fields is hereby **NOTIFIED** if he fails to fully comply with this Order within the time required, the Court shall presume he is not a pauper, shall assess the full amount of

---

[1] The Court admonishes Mr. Fields he is filing this application under penalty of perjury and all information is to be true and accurate. Additionally the Court cautions Mr. Fields to write legibly or type so the Court may make an accurate determination of his *in forma pauperis status.*

fees, and shall order the case dismissed for want of prosecution. If the case is dismissed under these circumstances Mr. Fields is notified the case will not be reinstated to the district court's docket despite the subsequent payment of filing fee.

Mr. Fields is further **ORDERED** to inform the Court, and the defendant or his counsel of record, immediately of any address changes. Failure to provide a correct address to this Court within ten (10) days following any change of address will result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**